UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

Civil Action No. 09-04-HRW

**BRANDON CAUDILL**,                                                                 **PLAINTIFF,**

v.                                         **JUDGMENT**

**MICHAEL J. ASTRUE**
**COMMISSIONER OF SOCIAL SECURITY,**                  **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.  pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

B.  the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and

C.  this action is **STRICKEN** from the active docket of the Court.

This November 9, 2009.



Signed By:
Henry R Wilhoit Jr.
United States District Judge